NOT FOR PUBLICATION (Doc. No. 85)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL M. CHOY, | : |
| Plaintiff, | : |
| v. | : Civil No. 08-4092 (RBK/AMD) |
| | : **ORDER** |
| COMCAST CABLE COMMUNICATIONS, INC. | : |
| Defendant. | : |

**THIS MATTER** having come before the Court pursuant to the motion by Defendant Comcast Cable Communications, Inc. ("Defendant") for reconsideration of this Court's Order dated January 26, 2012; and the Court having considered the parties' submissions and arguments at the oral argument on March 29, 2012;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court **DENIES** Defendant's motion for reconsideration.

Dated: 3/30/12  /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1