NOT FOR PUBLICATION                                                                                      (Doc. No. 246)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Michael M. CHOY, | : |
| Plaintiff, | : Civil No. 08-4092 (RBK/AMD) |
| v. | : **OPINION** |
| COMCAST CABLE COMMUNICATIONS, INC., | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

Michael M. Choy ("Plaintiff") sued Comcast Cable Communications, Inc. ("Comcast"), alleging discriminatory termination of his employment. The jury disagreed and the Court entered judgment in favor of Comcast on September 18, 2012. (Doc. No. 188). Plaintiff appealed.

The matter currently before this Court concerns the accuracy of the transcript of the jury selection for that trial. On January 18, 2015, Plaintiff filed a "Motion to Verify Corrupted Trial Transcripts." (Doc. No. 244). On March 17, 2015, he filed this "Motion that Appeals Court Correct Falsified Transcript" in the United States Court of Appeals for the Third Circuit. (Doc. No. 246). The Court of Appeals transferred Plaintiff's Motion to this Court. (Doc. No. 245).

This Court denied Plaintiff's "Motion to Verify Corrupted Trial Transcripts" on March 31, 2015. (Doc. No. 248). As set forth in that opinion, Plaintiff presents no evidence of any irregularity in the official transcript. The court reporter has checked his stenographic notes and

1

2

his personal audio recording and confirmed the accuracy of the transcript. Accordingly, Plaintiff's "Motion that Appeals Court Correct Falsified Transcript" (Doc. No. 246) is **DENIED**.

Dated:   09/22/2015                                                                 s/ Robert B. Kugler

                                                                                              ROBERT B. KUGLER

                                                                                              United States District Judge